**Dismissed and Memorandum Opinion filed March 31, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00124-CV

**ROSEMARY TOOKER, Appellant**

**V.**

**ALIEF INDEPENDENT SCHOOL DISTRICT, Appellee**

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2013-06192**

## M E M O R A N D U M   O P I N I O N

On February 5, 2015, appellant filed a notice of appeal from a judgment signed January 7, 2015. The clerk's record has not been filed. On February 25, 2015, the Harris County District Clerk's office notified this court that appellant has not paid for preparation of the record.

On February 25, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and

provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any other response to the court's notice.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.